PKC:MER
F.#2007R01162

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 15 2007 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JOSE LUIS GUZMAN SANCHEZ,

Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

CR 07 643

Cr. No. ________________
(T. 8, U.S.C., § 1324(a)(2)(B)(ii); T. 18, U.S.C., §§ 371, 1589(1), 1589(2), 1591(a)(1), 1591(a)(2), 1591(b)(1), 2421, 2 and 3551 et seq.)

COGAN, J.

MANN, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Engage in Sex Trafficking)

1. In or about and between March 1998 and June 2003, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JOSE LUIS GUZMAN SANCHEZ, together with others, did knowingly and intentionally conspire to recruit, entice, harbor, transport, provide and obtain by any means persons, to wit, young Mexican women, in and affecting interstate and foreign commerce, and to benefit financially and by receiving a thing of value from participation in a venture which engaged in such acts, knowing that force, fraud and coercion would be used to cause such persons to engage in commercial sex acts, in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(a)(2).

2. In furtherance of the conspiracy and to effect its objectives, within the Eastern District of New York and elsewhere, the defendant JOSE LUIS GUZMAN SANCHEZ, together with others, committed and caused to be committed, among others, the following:

OVERT ACTS

a. In or about and between August 1999 and September 1999, the defendant JOSE LUIS GUZMAN SANCHEZ and co-conspirators smuggled Jane Doe 1, a young Mexican woman whose identity is known to the Grand Jury, into the United States from Mexico and brought her to Queens, New York.

b. In or about and between September 1999 and January 2000, the defendant JOSE LUIS GUZMAN SANCHEZ physically assaulted Jane Doe 1 on one or more occasions in Queens, New York.

c. In or about May 2003, JOSE LUIS GUZMAN SANCHEZ and co-conspirators obtained money, derived from prostitution proceeds, from Jane Doe 2, a young Mexican woman whose identity is known to the Grand Jury.

(Title 18, United States Code, Sections 371 and 3551 et seq.)

COUNT TWO
(Sex Trafficking - Jane Doe 1)

3. In or about and between March 1998 and December 2000, both dates being approximate and inclusive, within the

Eastern District of New York and elsewhere, the defendant JOSE LUIS GUZMAN SANCHEZ, together with others, did knowingly and intentionally recruit, entice, harbor, transport, provide and obtain by any means a person, to wit, Jane Doe 1, whose identity is known to the Grand Jury, in and affecting interstate and foreign commerce, and did benefit financially and by receiving a thing of value from participation in a venture engaged in such acts, knowing that force, fraud and coercion would be used to cause such person to engage in a commercial sex act.

(Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2), 1591(b)(1), 2 and 3551 et seq.)

COUNT THREE
(Sex Trafficking - Jane Doe 2)

4. In or about and between May 2000 and June 2003, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JOSE LUIS GUZMAN SANCHEZ, together with others, did knowingly and intentionally recruit, entice, harbor, transport, provide and obtain by any means a person, to wit, Jane Doe 2, whose identity is known to the Grand Jury, in and affecting interstate and foreign commerce, and did benefit financially and by receiving a thing of value from participation in a venture engaged in such

acts, knowing that force, fraud and coercion would be used to cause such person to engage in a commercial sex act.

(Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2), 1591(b)(1), 2 and 3551 et seq.)

COUNT FOUR
(Forced Labor - Jane Doe 1)

5. In or about and between March 1998 and December 2000, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JOSE LUIS GUZMAN SANCHEZ, together with others, did knowingly and intentionally obtain the labor and services of a person, to wit, Jane Doe 1, whose identity is known to the Grand Jury, by means of threats of serious harm to, and physical restraint against, such person and other persons, and by means of a scheme, plan, and pattern intended to cause such person to believe that if she did not perform such labor and services, she and other persons would suffer serious harm and physical restraint.

(Title 18, United States Code, Sections 1589(1), 1589(2), 2 and 3551 et seq.)

COUNT FIVE
(Forced Labor - Jane Doe 2)

6. In or about and between May 2000 and June 2003, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JOSE LUIS GUZMAN SANCHEZ, together with others, did knowingly and

intentionally obtain the labor and services of a person, to wit, Jane Doe 2, whose identity is known to the Grand Jury, by means of threats of serious harm to, and physical restraint against, such person and another person, and by means of a scheme, plan, and pattern intended to cause such person to believe that if she did not perform such labor and services, she and other persons would suffer serious harm and physical restraint.

(Title 18, United States Code, Sections 1589(1), 1589(2), 2 and 3551 et seq.)

COUNT SIX
(Mann Act Violation - Jane Doe 2)

7. In or about and between May 2000 and June 2003, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JOSE LUIS GUZMAN SANCHEZ, together with others, did knowingly and intentionally transport an individual, to wit, Jane Doe 2, whose identity is known to the Grand Jury, in interstate and foreign commerce with intent that such individual engage in prostitution.

(Title 18, United States Code, Sections 2421, 2 and 3551 et seq.)

COUNT SEVEN
(Alien Smuggling for Commercial Advantage or Financial Gain - Jane Doe 1)

8. In or about and between March 1998 and December 2000, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JOSE

LUIS GUZMAN SANCHEZ, together with others, knowing and in reckless disregard of the fact that an alien, to wit, Jane Doe 1, whose identity is known to the Grand Jury, had not received prior official authorization to come to, enter, and reside in the United States, did knowingly and intentionally bring and attempt to bring to the United States such alien, and did so for the purpose of commercial advantage and private financial gain.

(Title 8, United States Code, Section 1324(a)(2)(B)(ii); Title 18, United States Code, Sections 2 and 3551 et seq.)

COUNT EIGHT
(Alien Smuggling for Commercial Advantage or Financial Gain - Jane Doe 2)

9. In or about and between May 2000 and June 2003, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JOSE LUIS GUZMAN SANCHEZ, together with others, knowing and in reckless disregard of the fact that an alien, to wit, Jane Doe 2, whose identity is known to the Grand Jury, had not received prior official authorization to come to, enter, and reside in the United States, did knowingly and intentionally bring and attempt

to bring to the United States such alien, and did so for the purpose of commercial advantage and private financial gain.

(Title 8, United States Code, Section 1324(a)(2)(B)(ii); Title 18, United States Code, Sections 2 and 3551 et seq.)

A TRUE BILL

FOREPERSON

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

FORM DBD.34
JUN.85

No. ______________

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

CRIMINAL Division

**THE UNITED STATES OF AMERICA**

vs.

JOSE LUIS GUZMAN SANCHEZ,

Defendant.

## I N D I C T M E N T

(T. 8, U.S.C., § 1324(a)(2)(B)(ii);
T. 18, U.S.C., §§ 371, 1589(1), 1589(2),
1591(a)(1), 1591(a)(2), 1591(b)(1), 2421, 2
and 3551 et seq.)

A true bill.

_______________ Foreman

ROSLYNN R. MAUSKOPF, U.S. Attorney

Filed in open court this _______________ day.
Of _______________ A.D. __________

_______________ Clerk

Bail, $ _______________

MONICA E. RYAN, AUSA (718) 254-6470

CR 07 643

**NEW YORK FEDERAL COURT**

**INFORMATION SHEET**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 15 2007 ★
BROOKLYN OFFICE

1. Title of Case: USA v. JOSE LUIS GUZMAN SANCHEZ

2. Related Magistrate Docket Number(s): ____________

COGAN, J.

3. Arrest Dates: July 16, 2007

4. Nature of offense(s): X Felony
   ___ Misdemeanor

MANN, M.J.

5. Related Cases-Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Business Rules): ____________

6. **Projected Length of Trial: Less than 6 weeks ( x )**
   **More than 6 weeks ( )**

7. County in which cause of action arose Queens
   (Pursuant to Rule 50.1(d) of the Local EDNY Division of Business Rules)

8. Has this indictment/information been ordered sealed? ( ) YES ( X ) NO

9. Have arrest warrants been ordered? ( ) Yes ( X ) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: [signature]
MONICA E. RYAN
Assistant U.S. Attorney
(718) 254-6470

BMC/RLM
643